# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CURTIZ A. NEVA, | Civil No. 15-3677 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| WELLS FARGO BANK, ROSE MARIE CAYMO, and SOCIAL SECURITY ADMINISTRATION, | |
| Defendants. | |

Curtis A Neva c/o Dorothy Day Center, 183 Old Sixth Street West, St. Paul, MN 55102,  *pro se* plaintiff,

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 13, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED:**

1. This action is dismissed without prejudice.

2. The application to proceed in forma pauperis of plaintiff Curtis A. Neva

[Docket No. 2] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 4, 2015
at Minneapolis, Minnesota

             s/John R. Tunheim
             JOHN R. TUNHEIM
             Chief Judge
           United States District Court